UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Lacheryl Oneal et al**
    Plaintiffs

    V.

CIVIL ACTION

NO  1:24-cv-10078-ADB

**Lumico Life Insurance Company**
    Defendant

## ORDER OF DISMISSAL

Burroughs, D. J.

    In accordance with the Court's Order, MDL Order No. 19, dated December 12, 2024, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED without prejudice for lack of Article III standing.

By the Court,

2/9/2026
Date

/s/ Caetlin McManus
Deputy Clerk